1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HUGH DARNEL BOOKER
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       ) NO. CR.S. 05-0003-WBS
11                                  )
              Plaintiff,            )
12                                  ) **STIPULATION AND ORDER RE**
        v.                          ) **CONTINUANCE OF STATUS HEARING AND**
13                                  ) **FINDINGS OF EXCLUDABLE TIME;**
   HUGH DARNEL BOOKER,              ) **DECLARATION**
14                                  )
              Defendant.            ) DATE:  May 25, 2005
15                                  ) TIME:  9:00 a.m.
   _____  ) JUDGE: Hon. William B. Shubb
16

17
        HUGH DARNEL BOOKER, by and through his counsel, DENNIS S. WAKS,
18
   Supervising Assistant Federal Defender, and the United States
19
   Government, by and through its counsel, CAMIL SKIPPER, Assistant United
20
   States Attorney, hereby agree that the status conference hearing set
21
   for April 27, 2005 at 9:00 a.m. be re-scheduled for May 25, 2005 at
22
   9:00 a.m.  This continuance is requested because the defense counsel
23
   requires additional time to obtain discovery, continue our
24
   investigation, and to interview our client and other witnesses.  The
25
   defendant in this case consents to this continuance.
26
        Accordingly, all counsel and Mr. Booker agree that the time
27
   from April 27, 2005 through May 25, 2005 should be excluded in
28

1  computing the time within which trial must commence under the Speedy
2  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to
3  prepare].
4  DATED: _____, 2005
5                                        Respectfully submitted,
6                                        QUIN DENVIR
                                         Federal Defender
7
                                         /S/ Dennis S. Waks
8                                        _____
                                         DENNIS S. WAKS
9                                        Supervising Assistant Federal Defender
                                         Attorney for Defendant
10                                       HUGH DARNEL BOOKER
11
12                                       McGREGOR SCOTT
                                         United States Attorney
13
   DATE: _____, 2005
14                                       /S/ Dennis S. Waks for
                                         _____
15                                       CAMIL SKIPPER
                                         Assistant United States Attorney
16

2

```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HUGH DARNEL BOOKER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 05-0003-WBS |
| Plaintiff, ) | |
| v. ) | **ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| HUGH DARNEL BOOKER, ) | |
| Defendant. ) | DATE:  May 25, 2005 |
| ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| _____ ) | |

**ORDER AND FINDINGS**

The new status conference is set for May 25, 2005 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from April 27, 2005, through May 25, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: April 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3