DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGH DARNEL BOOKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 05-0003-WBS |
| Plaintiff, ) | |
| ) | **ORDER EXONERATING BOND** |
| v. ) | |
| HUGH DARNEL BOOKER, ) | JUDGE: Hon. William B. Shubb |
| Defendant. ) | |

On or about December 29, 2004, the defendant Hugh Darnel Booker was released on bail set in the amount of $50,000 appearance bond with a cash deposit of $2000, with affidavit surety no justification CR-4 by Shona Jones in the Central District of California, case number 04-mj-2995. On January 5, 2005 the bond and conditions for release were filed. On February 2, 2005 the Central District transferred the bond of $2000 to the United States District Court Clerk for the Eastern District of California. (See receipt number 202 13036)

On August 17, 2005, Mr. Booker was sentenced to 18 months by the United States District Court for the Eastern District of California. Mr. Booker was at a Federal Correctional Facility and was recently released on January 16, 2007.

It is hereby requested that the Clerk of the Court for the Eastern District of California be directed to convey the bond in the amount of $2000 to Shona Jones at her address located at 700 Carnegie, #814, Henderson, Nevada  89052.

Dated: January 18, 2007

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /s/ Dennis S. Waks
                        _____
                        DENNIS S. WAKS
                        Supervising Assistant Federal Defender

**O R D E R**

IT IS SO ORDERED that the Clerk of the Court for the Eastern District of California be directed to convey the bond in the amount of $2000 to Shona Jones at her address located at 700 Carnegie, #814, Henderson, Nevada  89052.

Dated:  January 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2